IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-3669 |
| | § | |
| BONGO'S SPORTS BAR, INC., ANA M. CASTILLO, and TANIA V. MENENDEZ, | § § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Judgment is entered in favor of J&J Sports Productions, Inc. J&J Sports Productions, Inc. filed a motion for default judgment against the defendants, Bongo's Sports Bar, Inc. and Ana M. Castillo and Tania V. Menendez, individually and d/b/a Bongo's Sports Bar, Inc., as follows:

    a.    statutory damages of $10,000;

    b.    additional damages of $50,000;

    c.    attorney's fees of $1,000.00;

    d.    costs of court; and

    e.    postjudgment interest at the rate of .24 % *per annum*.

SIGNED on April 19, 2011, at Houston, Texas.

                                                        Lee H. Rosenthal
                                                 United States District Judge